IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
BILLINGS DIV.
2009 MAR 3 PM 12 37
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| ALAN CRAIG STOPS, ) | CV-08-49-BLG-RFC-CSO |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS OF |
| JOSEPH BULL TAIL, et al., ) | U.S. MAGISTRATE JUDGE |
| ) | |
| Defendants. ) | |
| _____ ) | |

On February 10, 2009, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation recommending this Court dismiss the action pursuant to Rule 12(b)(6) Fed.R.Civ.P. for failure to state a claim upon which relief may be granted. *Doc. 12*.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the February 10, 2009 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to

1

review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After reviewing the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety. Accordingly, **IT IS HEREBY ORDERED** Plaintiff's Complaint (*Doc. 1*) is **DISMISSED.**

The Clerk of Court is directed to close this matter and enter judgment pursuant to Rule 58 Fed.R.Civ.P.

DATED the 3rd day of March, 2009.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE